**SEALED**

1 McGREGOR W. SCOTT
United States Attorney
2 GRANT B. RABENN
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
Attorneys for Plaintiff
6 United States of America

**FILED**

NOV 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8                     IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                                CASE NO.  2: 1 8 - MJ - 0 2 2 8   CKD

11 UNITED STATES OF AMERICA

12 v.                                             [PROPOSED] ORDER RE: REQUEST TO SEAL
                                                  DOCUMENTS
13 NATHAN PAUL BARNES                             **UNDER SEAL**

14

15                                   **SEALING ORDER**

16        Upon application of the United States of America and good cause having been shown,

17 IT IS HEREBY ORDERED that the Complaint, Arrest Warrant, and supporting affidavit in the above-

18 captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered

19 by this Court.

20

21 Dated:  11/13/2018                              _____
                                                  Hon. Carolyn K. Delaney
22                                                U.S. MAGISTRATE JUDGE

23

24

25

26

27

28

SEALING ORDER                                  1