IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:18-mj-00228 CKD |
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs.<br>NATHAN PAUL BARNES, | ) ) ) | |
| Defendant. | ) ) ) | |

The Federal Defender has determined this case should be paneled. CJA Panel attorney Michael Hansen is hereby appointed effective November 16, 2018, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 11/19/2018

                                               /s/ Carolyn K. Delaney_____
                                             HON. CAROLYN K. DELANEY
                                             United States Magistrate Judge