Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
NATHAN BARNES

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NATHAN BARNES, et al, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 2:18-cr-00238-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant Benjamin Rabenn, Assistant United States Attorney, attorney for plaintiff, Kresta Daly, attorney for Tiarra Jackson, and Michael E. Hansen, attorney for defendant Nathan Barnes, that the previously-scheduled status conference date of January 15, 2019, be vacated and the matter set for status conference on April 23, 2019, at 9:15 a.m.

This continuance is requested because defense counsel needs additional time to review discovery received in this case. Discovery provided to date exceeds 600 pages of written discovery. Additionally, undersigned counsel is engaged in jury trial in Department 32 of the Sacramento Superior Court through February 27, 2019.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and

**1**
**Stipulation and [Proposed] Order to Continue Status Conference**

that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 11, 2019, to and including April 23, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 11, 2019                      Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
NATHAN BARNES

Dated: January 11, 2019                      By: /s/ Michael E. Hansen for
KRESTA DALY
Attorney for Defendant
TIARRA JACKSON

Dated: January 11, 2019                      McGREGOR SCOTT
United States Attorney

By: /s/ Michael E. Hansen for
GRANT BENJAMIN RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

| | |
|---|---|
| 1 | The Court orders that the time from the date of the parties' stipulation, January |
| 2 | 11, 2019, to and including April 23, 2019, shall be excluded from computation of time within |
| 3 | which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 |
| 4 | U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to |
| 5 | prepare). It is further ordered that the January 15, 2019, status conference shall be continued |
| 6 | until April 23, 2019, at 9:15 a.m. |
| 7 | IT IS SO ORDERED. |

Dated: 1/14/2019      /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
                                    United States District Court Judge

**3**
**Stipulation and [Proposed] Order to Continue Status Conference**