Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
NATHAN BARNES

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:18-cr-00238-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| NATHAN BARNES, et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant Benjamin Rabenn, Assistant United States Attorney, attorney for plaintiff, Kresta Daly, attorney for Tiarra Jackson, and Michael E. Hansen, attorney for defendant Nathan Barnes, that the previously-scheduled status conference date of April 23, 2019, be vacated and the matter set for status conference on June 25, 2019, at 9:15 a.m.

This continuance is requested because defense counsel needs additional time to review discovery received in this case. Discovery provided to date exceeds 600 pages of written discovery.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, April 22, 2019, to and including June 25, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 22, 2019 | Respectfully submitted, |
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>NATHAN BARNES |
| Dated: April 22, 2019 | By: /s/ Michael E. Hansen for<br>KRESTA DALY<br>Attorney for Defendant<br>TIARRA JACKSON |
| Dated:  April 22, 2019 | McGREGOR SCOTT<br>United States Attorney |
| | By:  /s/ Michael E. Hansen for<br>GRANT BENJAMIN RABENN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 22,

2019, to and including June 25, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 23, 2019, status conference shall be continued until June 25, 2019, at 9:15 a.m.

    IT IS SO ORDERED.

Dated: 4/22/2019                                                      /s/ John A. Mendez_____
                                                                         JOHN A. MENDEZ
                                                                         United States District Court Judge