| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>June 9, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN PAUL BARNES<br><br>　　　　Defendant. | Case No.  2:18-CR-00238-JAM-1<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NATHAN PAUL BARNES – Case No.: 2:18-CR-00238-JAM-1;  Charge:  21 U.S.C. § 846 – from custody for the following reasons:

　　_____   Release on Personal Recognizance

　　_____   Bail Posted in the Sum of $ _____

　　_____   Unsecured Appearance Bond $ _____

　　_____   Appearance Bond with 10% Deposit

　　  X      (Other): Defendant sentenced to TIME SERVED.

Issued at Sacramento, California on June 9, 2020 at 11:00 AM.

　　　　　　　　　　　　　　By: _____/s/ John A. Mendez_____

　　　　　　　　　　　　　　John A. Mendez, U.S. District Court Judge