McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00238-JAM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| NATHAN PAUL BARNES, | |
| Defendant. | |

On November 8, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Nathan Paul Barnes forfeiting to the United States the following property:

    a.    Approximately $34,653.76 seized from Golden 1 Credit Union account number 1708952, plus all accrued interest,
    b.    Approximately $25,000.00 seized from JP Morgan Chase account number 339289958, plus all accrued interest,
    c.    Approximately $23,011.24 seized from JP Morgan Chase account number 889999806, plus all accrued interest,
    d.    Approximately $15,251.88 seized from Bank of America account number 325102443538, plus all accrued interest, and
    e.    Approximately $41.68 seized from Bank of America account number 325102443457, plus all accrued interest.

Beginning on November 22, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court

within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Nathan Paul Barnes, whose right to the above-listed property is hereby extinguished. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the following assets, plus any accrued interest, to defendant Nathan Paul Barnes through attorney Michael Hansen:

    a. Approximately $16,800.00 in U.S. Currency,
    b. Approximately $3,000.00 in U.S. Currency,
    c. Approximately $2,800.00 in U.S. Currency,
    d. Approximately $3,000.00 in U.S. Currency,
    e. Approximately $2,300.00 in U.S. Currency,
    f. Approximately $2,000.00 in U.S. Currency, and
    g. Approximately $1,500.00 in U.S. Currency.

SO ORDERED this 18th day of June, 2020.

    /s/ John A. Mendez
    JOHN A. MENDEZ
    United States District Court Judge